UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMES J. COX,

                Plaintiff,

-against-

SAMANTHA AVERSA and ANDREW D.
PILIERO-KINDERMAN,

                Defendants.
-----------------------------------------------------------X

18 CIVIL 3898 (NSR)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 19, 2020, Defendants' motion to dismiss is granted in its entirety; accordingly, the case is closed.

**Dated:** New York, New York
        February 19, 2020

RUBY J. KRAJICK
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/19/2020